# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>TALUT I. FURQAN,<br>[DOB: 08/21/1987],<br><br>    Defendant. | Case No. 24-CR-00145-01-CR-W-HFS<br>**COUNTS ONE & TWO:**<br>*(Making a False Statement on ATF Form 4473)*<br>18 U.S.C. §§ 922(a)(6) and 924(a)(2)<br>NMT: 10 Years Imprisonment<br>NMT: $250,000 Fine<br>NMT: 3 Years Supervised Release<br>$100 Mandatory Special Assessment<br>Class C Felony<br><br>$100 Mandatory Special Assessment for Each Count |

## INDICTMENT

<u>THE GRAND JURY CHARGES THAT</u>:

## COUNT ONE
*(Making a False Statement on ATF Form 4473)*

On or about February 12, 2021, in the Western District of Missouri, the defendant, TALUT I. FURQAN, in connection with the acquisition and attempted acquisition of the firearms listed below for the specific count ("firearms"), from a dealer listed below for the specific count ("FFL #1"), a licensed dealer of firearms within the meaning of Chapter 44 Title 18, United States Code, knowingly made a false and fictitious written statement to the dealer, which statement was intended and likely to deceive the dealer, as to a fact material to the lawfulness of such sales and acquisition of the firearms to the defendant under chapter 44 of Title 18, United States Code, in that the defendant falsely represented on a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473 that in response to Question 21.a, that the defendant was the actual transferee/buyer of each firearm listed on each form and these statements and representations by the defendant were completely false, as the defendant well knew.

| Count | Date | Dealer | Firearms |
|---|---|---|---|
| 1 | 2/12/2021 | FFL#1, Independence, Missouri | Sig Sauer, model P229, 9mm pistol bearing serial number AM68145 |
| 1 | 2/12/2021 | FFL #1, Independence, Missouri | Springfield Armory, model XDME, 9mm pistol bearing serial number BY263210 |
| 1 | 2/12/2021 | FFL #1, Independence, Missouri | Hi-Point Firearms, model JCP, .40 caliber pistol bearing serial number 700055 |
| 1 | 2/12/2021 | FFL #1, Independence, Missouri | SCCY Industries, model CPX-2, 9mm pistol bearing serial number C084688 |
| 1 | 2/12/2021 | FFL #1, Independence, Missouri | Beretta, model Centurion APX, 9mm pistol bearing serial number A120137X |
| 1 | 2/12/2021 | FFL #1, Independence, Missouri | Beretta, model Centurion APX, 9mm pistol bearing serial number A121397X |
| 1 | 2/12/2021 | FFL #1, Independence, Missouri | Beretta, model Centurion APX, 9mm pistol bearing serial number A121398X |
| 1 | 2/12/2021 | FFL #1, Independence, Missouri | Beretta, model APX, 9mm pistol bearing serial number AXC040399 |
| 1 | 2/12/2021 | FFL #1, Independence, Missouri | Beretta, model APX, 9mm pistol bearing serial number AXC040400 |
| 1 | 2/12/2021 | FFL #1, Independence, Missouri | Beretta, model APX, 9mm pistol bearing serial number AXC040432 |
| 1 | 2/12/2021 | FFL #1, Independence, Missouri | Beretta, model APX, 9mm pistol bearing serial number AXC040440 |
| 1 | 2/12/2021 | FFL #1, Independence, Missouri | Beretta, model APX, 9mm pistol bearing serial number AXC040441 |

All in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT TWO
*(Making a False Statement on ATF Form 4473)*

On or about February 18, 2021, in the Western District of Missouri, the defendant, TALUT I. FURQAN, in connection with the acquisition and attempted acquisition of the firearms listed below for the specific count ("firearms"), from a dealer listed below for the specific count ("FFL #1), a licensed dealer of firearms within the meaning of Chapter 44 Title 18, United States Code, knowingly made a false and fictitious written statement to the dealer, which statement was intended and likely to deceive the dealer, as to a fact material to the lawfulness of such sales and acquisition of the firearms to the defendant under chapter 44 of Title 18, United States Code, in

2

Case 4:24-cr-00145-HFS   Document 1   Filed 07/16/24   Page 2 of 3

that the defendant falsely represented on a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473 that in response to Question 21.a, that the defendant was the actual transferee/buyer of each firearm listed on each form and these statements and representations by the defendant were completely false, as the defendant well knew.

| Count | Date | Dealer | Firearms |
|---|---|---|---|
| 2 | 2/18/2021 | FFL #1, Independence, Missouri | Glock, model 45, Gen 5, 9mm pistol bearing serial number BPDH458 |

All in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

A TRUE BILL.

7/16/2024
DATE

*/s/Emily Schrader*
FOREPERSON OF THE GRAND JURY

*/s/David A. Barnes*
David A. Barnes
Assistant United States Attorney
Violent Crime & Drug Trafficking Unit
Western District of Missouri